UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
JIMMIE TUCKER                                   Case No.     17-33348-DHW
GLORIA TUCKER                                   Chapter 13
         Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on November 17, 2017 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama**, on December 11, 2017 at 1:30 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 20th day of November, 2017

                                                /s/ Dwight A. Williams, Jr.

                                                Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge

c     Joshua C. Milam, Attorney for Debtor
      Debtor
      Trustee